Argued: May 11, 2021

IN THE COURT OF APPEALS

OF MARYLAND

Misc. No. 14

September Term, 2020

IN THE MATTER OF THE APPLICATION
OF LEONID NEMIROVSKY FOR
ADMISSION TO THE BAR OF MARYLAND

Barbera, C.J.
McDonald
Watts
Getty
Booth
Biran
Wilner, Alan M.
    (Senior Judge, Specially Assigned),

JJ.

AMENDED ORDER

Pursuant to Maryland Uniform Electronic Legal
Materials Act
(§§ 10-1601 et seq. of the State Government Article) this document is authentic.



Filed: May 13, 2021

Suzanne C. Johnson, Clerk

IN THE MATTER OF THE APPLICATION   *    IN THE

OF LEONID NEMIROVSKY                  *    COURT OF APPEALS

FOR ADMISSION TO THE              *    OF MARYLAND

BAR OF MARYLAND                   *    Misc. No. 14

                                      *    September Term, 2020

## AMENDED O R D E R

The Court having considered the favorable recommendations of the Character Committee for the Second Appellate Judicial Circuit and the State Board of Law Examiners concerning the application of Leonid Nemirovsky for admission to the Bar of Maryland, it is this 13th day of May, 2021

ORDERED, by the Court of Appeals of Maryland, that the favorable recommendations of the Character Committee for the Second Appellate Judicial Circuit and State Board of Law Examiners be, and they are hereby, accepted, and it is further

ORDERED, that the applicant be admitted to the Bar, conditioned upon satisfaction of the requirements of Maryland Rules 19-212 (Maryland Law Component) and 19-213 (Qualifying MPRE Score Required), and upon taking the oath prescribed by the statute.

/s/ Mary Ellen Barbera
Chief Judge

*Judge Hotten did not participate in the consideration of this matter.